**Order filed February 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00922-CR
_____

**ANTHONY WAYNE SYKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1513135**

---

## O R D E R

The clerk's record was filed January 2, 2018. On January 9, 2018, this court abated the appeal for supplementation of the record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 9, 2018, containing certification of the right to appeal signed January 12, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM